UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLIFF MOSCO; RICH HARDY,

        Plaintiffs - Appellants,

LOBEL FAMILY,

        Movant - Appellant.

 and

JOE CALLAN, individually and on behalf of all others similarly situated,

        Plaintiff,

  v.

MOTRICITY INC; et al.,

        Defendants - Appellees,

  v.

LOBEL FAMILY,

        Movant - Appellant.

No. 13-36029

D.C. No. 2:11-cv-01340-TSZ
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered May 03, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk